Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

United States Courts
Southern District of Texas
FILED

SEP 0 5 2025

Nathan Ochsner, Clerk of Court

_____ Division

Terry Solomon Jr

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Jeffrey Hildebrand

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terry Solomon Jr |
| Street Address | 1410 W Gile Ave (mail Address) 1724 W Gile |
| City and County | Aransas Pass San Patricio County |
| State and Zip Code | TX 78336 |
| Telephone Number | 254-654-5585 |
| E-mail Address | Terry701@Yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name
Job or Title *(if known)*       JDH Capital
Street Address                  1111 Travis Street,
City and County                 Houston  Harris county
State and Zip Code              TX 77002
Telephone Number                713-209-2400
E-mail Address *(if known)*

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* **Terry Solomon Jr**, is a citizen of the State of *(name)* **Texas**.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* **Jeffrey Hildebrand**, is a citizen of the State of *(name)* **Texas**. Or is a citizen of *(foreign nation)* **USA**.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* **Jeffrey Hildebrand**, is incorporated under the laws of the State of *(name)* **Texas**, and has its principal place of business in the State of *(name)* **Texas**.

Or is incorporated under the laws of *(foreign nation)* **USA**,

and has its principal place of business in *(name)* **Texas**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**I want 20%**

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    **9-05-2025**

Signature of Plaintiff    *Terry Solomon*

Printed Name of Plaintiff    Terry Solomon

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

I went to STX Beef on 9-02-2025 to do a Job application. In a drug test and physical test. The medical assistant Poke me with a Blood glucose testing kit to test me because I have Pre diabetes because I take metformin. So I had a funny feeling that something don't feel right. So I look on Google to see If It was Safe to use Somebody else's blood glucose testing kit and it's said no. It's Said using another Person's blood glucose testing kit, even after cleaning, risk transmitting bloodborne Pathogens like Hepatitis B, Hepatitis C, and HIV from Invisible blood traces on the device. The Centers for Disease control and Prevention (CDC) Prohibit the Sharing of Single-use devices.

The Food and Drug Administration Prohibits Sharing blood glucose testing kits with others as they are designed for Single Patient use only to Prevent the transmission of bloodborne Pathogens like HIV, hepatitis B, and hepatitis C. Even Changing the lancet or cleaning the device between uses IS not enough to eliminate the risk of Infection sharing these kits can lead to Serious Infections because tiny amounts of blood containing viruses can transfers to the next Person.

The women said she change the needle
and clean the blood glucose testing kit.
But the food and drug Adminstration said they
Prohibits reuse blood glucose testing kit on a
different Person. Because you can get Hiv,
hepatitis B, and hepatitis C, I don't Know how
many times People reuse it. And How many times
she use it on other People before me.

STX Beef Co IS own by JDH Capital
The address IS IIII Travis Street Houston TX
Harris County 77002 they Phone number IS
713-209-2400

I want to Sue JDH capital for 20%
because It happen at STX Beef Job Site

The owner of JDH Capital IS Jeffrey Hildebrand

MY Name IS Terry Solomon Jr
MY Address IS 1410 W Gile Ave Aransas Pass TX
MY Mail Address IS 1724 W Gile Ave Aransas Pass TX
MY Social Security IS          -9746